# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>William E. Sterling NAUGHTON (1)<br>Jonathan Ryan NAUGHTON (2),<br><br>　　　　　　　　Defendant. | Case No.: 19MJ4648<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony)<br><br>FILED<br>OCT 23 2019<br>CLERK'S DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY |

The undersigned complainant being duly sworn states:

On or about October 22, 2019, within the Southern District of California, defendant, William E. Sterling NAUGHTON and Jonathan Ryan NAUGHTON, did knowingly and intentionally import 500 grams and more, to wit: approximately 21.68 kilograms (47.79 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Special Agent Nicholas Lawlor
　　　　　　　　　　　　　　　　　　Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF OCTOBER 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On October 23, 2019, at approximately 2345 hours, William NAUGHTON ("WILLIAM NAUGHTON"), and passenger Jonathan NAUGHTON ("JONATHAN NAUGHTON"), both United States citizens, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #15. WILLIAM NAUGHTON was the driver and registered owner of a 2008 GMC Yukon ("the vehicle") bearing California license plates (CA/US DP622RH).

A Canine Enforcement Team was conducting primary roving operations when the Narcotics/Human Detection Dog alerted to the undercarriage, on the driver side of the vehicle, where the gas tank was mounted.

In secondary inspection, the vehicle was referred for a Z-Portal X-Ray scan. A CBPO operating the machine detected anomalies in the gas tank of the vehicle.

The CBPO assigned to the secondary inspection conducted a 7-point inspection of the vehicle and discovered 46 packages concealed within the vehicle's gas tank with a total approximate weight of 21.68 kilograms (47.79 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

WILLIAM NAUGHTON and JONATHAN NAUGHTON were placed under arrest at approximately 0150 hours. WILLIAM NAUGHTON and JONATHAN

NAUGHTON were charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.